UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CATHERINE DEMATTIA,

    Plaintiff,

v.                                                        Case No: 2:18-cv-78-FtM-38MRM

PEWTER MUG 51, LLC and
BERNARD ZARVIS,

    Defendants.
_____/

### **ORDER**[1]

Pending before the Court is Plaintiff Catherine Demattia and Defendants Pewter Mug 51, LLC and Bernard Zarvis' Joint Stipulation for Dismissal. (Doc. 17). Demattia sued Defendants for, among other things, failure to pay minimum wage under the Fair Labor Standards Act ("FLSA"). (Doc. 1). But Demattia now states, "[a]fter reviewing the employer's payroll records, it was determined that [she] had received full compensation under the law[.]" (Doc. 17). The parties thus stipulate to dismissing this entire case with prejudice under Federal Rule of Civil Procedure 41(a)(1) and with each side to bear its own attorney's fees and costs. (Doc. 17).

Because the parties agree that Defendants have paid Demattia per the FLSA, the Court need not review and approve any settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982). Also, the parties have

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

signed the Joint Stipulation for Dismissal, so the Court will dismiss this case with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared").

Accordingly, it is

**ORDERED:**

(1) The above-captioned case is **DISMISSED with prejudice**.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of April 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2